```
UNITED STATES DISTRICT COURT                        USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                       DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                                    :           DOC #:_____
NEGDA RIVERA,                                       :           DATE FILED: 11/21/17
                        Plaintiff,                  :
                                                    :           16 Civ. 8874 (LGS)
         -against-                                  :
                                                    :           ORDER
NANCY BERRYHILL,                                    :
                        Defendant.                  :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 31, 2017, Magistrate Judge Netburn issued a Report and Recommendation to deny Plaintiff's motion for summary judgment and grant Defendant's cross-motion for judgment on the pleadings;

WHEREAS, no timely objection was filed;

WHEREAS, the Report and Recommendation is not "clearly erroneous or contrary to law." *See* Fed. R. Civ. P. 72(a). It is hereby

**ORDERED** that the Report and Recommendation is adopted. For the reasons stated in the Report and Recommendation, Plaintiff's motion for summary judgment is DENIED, and Defendant's cross-motion for judgment on the pleadings is GRANTED.

The Clerk of Court is respectfully directed to close the case and all pending motions.

Dated: November 21, 2017
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE